UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**DEAN SHERIDAN,**
        **Plaintiff,**

    v.                              Case No. 07C0043

**FLEXPOINT FUNDING CORPORATION,**
        **Defendant.**

### ORDER

On January 11, 2007, plaintiff filed this putative class action under the Fair Credit Reporting Act and on February 12, 2007, defendant answered the complaint. On March 10, 2007, I stayed this action pending the United States Supreme Court ruling on two relevant cases. On June 4, 2007, the Court ruled on these cases, GEICO Gen. Ins. Co. v. Edo, 127 S. Ct. 2201 (2007) (consolidated with Ins. Co. of Am. v. Burr), and plaintiff has filed a motion to reopen the case.

**Therefore,**

**IT IS ORDERED** that plaintiff's motion to reopen is **GRANTED**.

**IT IS FURTHER ORDERED** that a telephonic Fed. R. Civ. P. 16(b) scheduling conference will be held on **July 24, 2007 at 2:30 p.m.** The court will initiate the call. The participation of the attorney who will be handling the case is required.

The parties should note Fed. R. Civ. P. 26(f), which requires that they confer with each other at least 21 days before the Rule 16(b) scheduling conference and file a written report of their proposed discovery plan within 14 days after their Rule 26(f) conference. The first paragraph of the joint Rule 26(f) report should state the date and time given above

for the Rule 16(b) scheduling conference.  The parties should also note Rule 26(a)(1), which requires (unless they agree otherwise) that they make their initial disclosures to each other within 14 days after their Rule 26(f) conference.

Dated at Milwaukee, Wisconsin, this 18 day of June, 2007.

/s_____
LYNN ADELMAN
District Judge